UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J<small>ARRET</small> R<small>UFFIN</small>,            )
      Plaintiff,            )
                   )   No. 1:11-cv-697
-v-            )
                   )   HONORABLE PAUL L. MALONEY
K<small>NOLL</small>, I<small>NC</small>.,            )
      Defendant.            )
                   )

## **JUDGMENT**

Having granted Defendant Knoll, Inc.'s motion brought under Rule 52©, under Rule 58 of the Federal Rules of Civil Procedure, as required by Rule 52(a), **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 28, 2012                         /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge